UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED JUN 0 3 2005 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

FERNANDO MILLER

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Village of Robbins IL.
Robbins Police Dept,
Det. Romel Jamison
Officer Grayson
Officer Brown

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: **05C 3305**
(To be supplied by the Clerk of this Court)

JUDGE DER-YEGHIAYAN

MAGISTRATE JUDGE DENLOW

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983** U.S. Code (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331(a) U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Revised 4/01

1

I.   **Plaintiff(s):**

   A.   Name: FERNANDO MILLER

   B.   List all aliases: Jathan Milner, Theodore Purcell

   C.   Prisoner identification number: 2004-0065186

   D.   Place of present confinement: Div 9, 3-H Cook County Jail

   E.   Address: P.O. Box 089002 Chgo IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A.   Defendant: Village of Robbins IL.
        Title: A Corporation
        Place of Employment: Robbins, IL

   B.   Defendant: Detective Jamison
        Title: Police Officer
        Place of Employment: Robbins Police Dept.

   C.   Defendant: Officer, Grayson and Brown
        Title: Police Officers
        Place of Employment: Robbins Police Dept.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

D) Robbins Police Dept.
Employing Entity
Robbins IL

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES ( ) NO (✓) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (✓) NO ( )

C. If your answer is **YES**:

1. What steps did you take? Filed complaint with internal Affairs Robbins Police Dept.

2. What was the result? Still pending

3. If the grievance was not resolved to your satisfaction, did you appeal?

What was the result (if there was no procedure for appeal, so state.)

Still pending

D. If your answer is **NO**, explain why not:

E. Is the grievance procedure now completed? YES ( ) NO (✓)

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (✓) NO ( )

G. If your answer is **YES**:

1. What steps did you take?
   Filed Complaint with Robbins Police Internal Affairs

2. What was the result? Still pending

H. If your answer is **NO**, explain why not:

IV. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A. Name of case and docket number: NONE

B. Approximate date of filing lawsuit: NONE

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NONE

D. List all defendants: NONE

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NONE

F. Name of judge to whom case was assigned: NONE

G. Basic claim made: NONE

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): NONE

H. Approximate date of disposition: NONE

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

V. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On November 22nd 2001, at approximately 6:50 A.M Heavily armed officers from the Robbins IL Police Dept (the defendants) forced their way into the plaintiff's home using fear and force without a warrant, Plaintiff was ordered to get dressed and interrogated about drugs and weapons at gunpoint, no contraband of any kind was found after a search of the premises. Plaintiff was arrested and continually questioned by Det. Jamison who told plaintiff that he was the subject of an ongoing investigation for Aggravated Criminal Sexual Assault of a Minor and that they had his D.N.A and if he confessed that he would get off lightly and go to a mental hospital. Plaintiff continually denied any wrong doing, and that he was the girls step-father and that she had been disciplined by her mother the day before for drinking her mother's alcohol and that he has never been the childs disciplinarian and that he did not reside with the family the mother had brought the child the next day

Revised 4/01

6

To the plaintiff to talk to her, After Detectives verified Plaintiff's alibi, Det. Jamison witheld exculpatory evidence, falsified and fabricated a case against the Plaintiff. Plaintiff was photographed, fingerprinted and charged. Plaintiff was denied phone call, and Attorney after requesting them, Plaintiff was held over 74 hours before being brought before court; instead of disclosing the findings of his investigation to his Superiors, Det. Jamison witheld evidence and fabricated it to create a case against the plaintiff, where in fact no evidence existed and all evidence pointed to innocence. After being incarcerated for 6 (six) months a motion to Dismiss indictment was filed and granted. Plaintiff was for a second time Re-indicted and went through the process all over again. Finally on June 13th 2003, the plaintiff was tried on the charges in the Circuit Court of Cook County and found to be NOT Guilty of all charges.

---

**VI. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff asks to be Awarded damages to include

false Arrest, malicious prosecution, intentional infliction of emotional distress and conspiracy against civil Rights. Along with deliberate indifference on the Part of the Village of Robbins IL, and to Award damages for General, Compensatory, punitive, for $7,500,000.00 Seven million five hundred thousand dollars

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 25th day of MAY, 2005

FERNANDO MILLER

X Fernando Miller
(Signature of plaintiff or plaintiffs)

FERNANDO MILLER
(Print name)

20040065186
(I.D. Number)
Div. 9 Tier 3-H
P.O. Box 089002
Chicago IL 60608
(Address)

Revised 4/01

8